UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LESTER, et al.,<br><br>Defendants. | No. 2:24-cv-00740-DC-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 15) |

Plaintiff James Curtis Kern is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) In his complaint, Plaintiff challenges various aspects of his underlying conviction and sentence. (*Id.*) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed without prejudice because success on Plaintiff's claims would imply the invalidity of his conviction and Plaintiff had not shown that his conviction had been invalidated. (Doc. No. 15); *see Hebrad v. Nofziger*, 90 F.4th 1000, 1010 (9th Cir. 2024) (a prisoner's § 1983 claim is barred under *Heck v. Humphrey*, 512 U.S. 477 (1994) "if success in th[e] action would necessarily demonstrate the invalidity of . . . [the] duration" of a prisoner's confinement "no matter the relief sought.") (quoting *Wilkinson v. Dotson*, 544 U.S. 74,

1

1    81–82 (2005)). The magistrate judge noted Plaintiff may raise his claims in a petition for writ for
2    habeas corpus if such a petition is not otherwise barred. (*Id*. at 3.)

3        The findings and recommendations were served on Plaintiff and contained notice that any
4    objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 3.) On February
5    26, 2025, Plaintiff filed objections to the pending findings and recommendations. (Doc. No. 18.)

6        In his objections, Plaintiff does not meaningfully address the magistrate judge's findings
7    and recommendations. Instead, Plaintiff continues to challenge his conviction and sentence and
8    states he has filed an appeal to the California Court of Appeal. (*Id*.) Thus, Plaintiff's objections do
9    not provide a basis upon which to reject the findings and recommendations.

10       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
11   *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's
12   objections, the court concludes that the findings and recommendations are supported by the
13   record and by proper analysis. As the magistrate judge correctly noted in his findings and
14   recommendations, Plaintiff may file a federal habeas petition for writ of habeas corpus if such a
15   petition is not otherwise barred.

16       Accordingly,

17   1.   The findings and recommendations issued on February 20, 2025 (Doc. No. 15) are
18        ADOPTED in full;
19   2.   This action is dismissed without prejudice; and
20   3.   The Clerk of the Court is directed to close this case.

23   IT IS SO ORDERED.

24   Dated:  **April 7, 2025**                                 _____
25                                                              Dena Coggins
                                                                United States District Judge